UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC., § | |
| Plaintiff, § | CASE NO. 6:12-CV-351-MHS-JDL |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| DIGI INTERNATIONAL INC., et al., § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to Plaintiff U.S. Ethernet Innovations LLC's and Defendant Epson America, Inc.'s Joint Motion For Entry of Dismissal With Prejudice Under FED. R. CIV. P. 41(a)(1)(A)(ii) (6:12-cv-235 Doc. No. 590), the Court hereby enters Final Judgment.

IT IS ORDERED, ADJUDGED and DECREED that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff's claims are DISMISSED with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**It is SO ORDERED.**

**SIGNED this 28th day of February, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE